FRED M. SHANKLIN, Appellant, *v.* CHARLES A. BROWN et al., Respondents.

*Shanklin* v. *Brown,* 102 App. Div. 473, affirmed.

(Argued June 7, 1907; decided October 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 19, 1905, affirming a judgment in favor of defendants entered upon a verdict directed by the court and an order

denying a motion for a new trial in an action to recover for an alleged breach of contract.

*Philo P. Safford* for appellant.

*John Burlinson Coleman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT and HISCOCK, JJ. Absent: HAIGHT, J.